IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM BELIN,

    Petitioner,

v.                                                      Civ. 13-cv-00532 MV/RHS
                                                      Cr. 10-cr-2213 MV

UNITED STATES OF AMERICA,

    Respondent.

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

THIS MATTER comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 18), filed June 26, 2014, which recommends dismissal of Petitioner William Belin's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. 1). The time for filing objections expired July 14, 2014. No objections have been filed.

The Court has made a *de novo* determination and agrees with the Magistrate Judge's Proposed Findings and Recommended Disposition, and will deny Petitioner's 28 U.S.C. § 2255 Motion, and dismiss this civil proceeding with prejudice.

**IT IS HEREBY ORDERED** that the Proposed Findings and Recommended Disposition of the Magistrate Judge **(Doc. 18)** are adopted by the Court and Petitioner's Objections are hereby denied.

**IT IS FURTHER ORDERED** that the Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside or Correct Sentence by a Person in Federal Custody **(Doc. 1)** is **denied** and this civil proceeding is **dismissed with prejudice**.

SO ORDERED July 18, 2014.

_____
THE HONORABLE MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE